Richard Lloyd Sherman, Esq. (State Bar No. 106597)
Abhay Khosla, Esq. (State Bar No. 223555)
**SHERMAN & NATHANSON, A.P.C.**
9454 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212-2911
Telephone:  (310) 246-0321
Facsimile:   (310) 246-0305

Attorneys for Plaintiffs
**LIBERMAN BROADCASTING, INC**. and
**KRCA TELEVISION, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| **LIBERMAN BROADCASTING, INC.**, a California corporation; **KRCA TELEVISION, INC.**, a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>**KBEH, INC.**, a business entity form unknown; **BELLA BROADCASTING, LLC**, a Florida limited liability company; **EXCALIBUR MEDIA GROUP**, a business entity form unknown; **SERGIO GARCIA**, an individual; **ARMANDO ESPINOSA**, an individual; **ABINADAIN BAUTISTA NAJERA**, an individual; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO.  CV05-6758 AG (VBKx)<br><br>**JUDGMENT PURSUANT TO COURT'S ORDER OF OCTOBER 3, 2008**<br><br>Judge Presiding: Andrew J. Guilford |

1  **IT IS HEREBY ADJUDGED, ORDERED and DECREED** that Plaintiffs
2  Liberman Broadcasting, Inc. and KRCA Television, Inc. shall have and recover jointly
3  and severally from Defendants Excalibur Media Group, Inc., Armando Espinosa, and
4  Sergio Garcia damages in the sum of Two Hundred Fifty Thousand Dollars
5  ($250,000.00), together with interest as provided by law from April 1, 2007, through
6  February 19, 2009, in the sum of $49,266.11.  The total Judgment is to be $299,266.11
7  with Plaintiffs and Defendants each bearing their own respective costs, including
8  attorneys' fees.

10  DATED: February19 , 2009

            _____
            **HON. ANDREW J. GUILFORD**